DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                NO. 12-07-00092-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

SAMUEL MORRIS D/B/A

MORRIS CONSTRUCTION,         §          APPEAL FROM
THE 402ND

APPELLANT

 

V.        §          JUDICIAL DISTRICT COURT OF

 

BANK TEXAS, N.A. F/K/A

FIRST
NATIONAL BANK OF QUITMAN           §          WOOD COUNTY, TEXAS

AND CHARLES BARTLETT,      

APPELLEES




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            Appellant and Appellees have filed a
joint a motion to dismiss this appeal. 
The motion is signed by all counsel of record.  In their motion, the parties state that they
have successfully resolved their disputes and Appellant no longer wishes to
pursue this appeal.  Because the parties
have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed.

Opinion delivered May 23, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)